UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIAM RAMIREZ,**

      **Plaintiff,**

v.                                     **Case No:  6:20-cv-363-Orl-41GJK**

**ACTING SECRETARY,
DEPARTMENT OF HOMELAND
SECURITY and ACTING DIRECTOR,
US CITIZENSHIP AND
IMMIGRATION SERVICES,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. Plaintiff was required to file his Notice of Pendency of Other Actions on or before March 18, 2020. (Related Case Order, Doc. 4). Plaintiff was also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc. 5). It is therefore **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 25, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties